■ In the Matter of WALDBAUM, INC., Appellant.—In a proceeding seeking a certificate of relief from disabilities pursuant to Correction Law § 702, Waldbaum, Inc., appeals from (1) an order of the Supreme Court, Nassau County (Kutner, J.), entered March 20, 1989, which denied the application, and (2) an ex parte order of the same court, dated September 7, 1990, which, in effect, granted renewal and thereupon adhered to the original determination.

Ordered that the appeal from the order entered March 20, 1989 is dismissed, without costs or disbursements, as that order was superseded by the order dated September 7, 1990, made upon renewal; and it is further,

Ordered that the appeal from the order dated September 7, 1990, is dismissed, without costs or disbursements.

We find no statutory authority for an appeal by Waldbaum, Inc., from the court's ex parte order which denied its renewed application for a Certificate of Relief from Disabilities (see, CPL 450.10, 450.15, 450.30; *People v Renville-Oviedo*, 178 AD2d 442). Thompson, J. P., Rosenblatt, Lawrence and Miller, JJ., concur.

■ In the Matter of JONATHAN WEBER et al., Appellants, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.—In a proceeding pursuant to CPLR article 78, the petitioners appeal from a judgment of the Supreme Court, Kings County (Ramirez, J.), entered November 20, 1990, which denied their petition for judicial review of an order of the New York State Division of Housing and Community Renewal Rent Administrator, dated May 19, 1989, denying their application for a certificate of eviction, and an order of the New York State Division of Housing and Community Renewal Deputy Commissioner, dated September 7, 1989, denying their petition for administrative review.

Ordered that the judgment is affirmed, with costs to the respondent New York State Division of Housing and Community Renewal.

The petitioners' failure to timely file a petition for administrative review in proper form bars judicial review (see, 9 NYCRR 2208.4, 2208.7, 2208.8, 2208.12; Administrative Code of City of NY § 26-410). Bracken, J. P., Eiber, Ritter and Santucci, JJ., concur.